# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL A. DEPRIESTER & MELAINE L. DEPRIESTER          Case Number: 05-70081
1323 W. LINCOLN AVENUE          SSN-xxx-xx-0656 & xxx-xx-9741
ROCHELLE, IL  61068

Case filed on: 1/10/2005
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $21,187.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 2,344.00 | 2,344.00 | 2,344.00 | 0.00 |
|  | Total Legal | 2,344.00 | 2,344.00 | 2,344.00 | 0.00 |
| 033 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL A. DEPRIESTER | 0.00 | 0.00 | 847.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 847.50 | 0.00 |
| 001 | CARS N CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CARS N CREDIT | 0.00 | 0.00 | 0.00 | 23.69 |
| 003 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDIT AUTO SALES | 1,200.00 | 1,200.00 | 1,200.00 | 96.81 |
| 006 | OGLE COUNTY COLLECTOR | 2,100.00 | 2,090.68 | 2,090.68 | 184.32 |
| 009 | USDA/RHS | 3,780.00 | 3,000.00 | 3,000.00 | 0.00 |
| 042 | USDA/RHS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 7,080.00 | 6,290.68 | 6,290.68 | 304.82 |
| 002 | CARS N CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDIT AUTO SALES | 3,771.66 | 3,771.66 | 1,071.32 | 0.00 |
| 007 | SECURITY FINANCE | 1,788.38 | 1,788.38 | 507.98 | 0.00 |
| 008 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ADVANCE AMERICA | 632.00 | 632.00 | 179.52 | 0.00 |
| 011 | DENNIS R. HEWITT | 85.00 | 85.00 | 24.15 | 0.00 |
| 012 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CASH ADVANCE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 12,256.40 | 12,256.40 | 3,481.36 | 0.00 |
| 016 | CW SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CULLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DAIMLER CHRYSLER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DAIMLERCHRYSLER SERVICES N AMERICA LCL | 10,814.05 | 10,814.05 | 3,071.67 | 0.00 |
| 021 | DOLLAR FINANCIAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DR. HARUNANI | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FEATHERSTONE CLINIC | 98.72 | 98.72 | 28.04 | 0.00 |
| 024 | FINGERHUT CREDIT ADVANTAGE | 1,134.03 | 1,134.03 | 322.11 | 0.00 |
| 025 | ILLINOIS TITLE LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | KSB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 532.89 | 532.89 | 151.36 | 0.00 |
| 028 | RRCA ACCOUNTS MANAGEMENT INC | 135.49 | 135.49 | 38.48 | 0.00 |
| 029 | ROCHELLE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD ASSOCIATED PATHOLOGISTS | 24.52 | 24.52 | 6.96 | 0.00 |
| 031 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NCM TRST | 3,168.19 | 3,168.19 | 899.91 | 0.00 |
| 034 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | AFNI/VERIZON WIRELESS | 377.75 | 377.75 | 107.30 | 0.00 |
| 039 | WAL-MART STORES, INC | 82.32 | 82.32 | 23.38 | 0.00 |
| 040 | ROCKFORD MERCANTILE AGENCY INC | 727.07 | 727.07 | 206.52 | 0.00 |
| 041 | RESURGENT CAPITAL SERVICES | 12,256.40 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 47,884.87 | 35,628.47 | 10,120.06 | 0.00 |
|  | Grand Total: | 57,308.87 | 44,263.15 | 19,602.24 | 304.82 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | |
|---|---|
| Total Paid Claimant: | $19,907.06 |
| Trustee Allowance: | $1,280.44 |
| Percent Paid Unsecured: | 28.40 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008              By  /s/Heather M. Fagan